UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                  DATE: February 18, 2026

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                          Crim. No. 26-2
U.S.A. v. FRANK INCOGNITO

**APPEARANCES:**
Joseph McFarlane, AUSA for the Govt
Rocco Cipparone, Esq. for Deft (Retained)

NATURE OF PROCEEDING:  **INITIAL APPEARANCE/BAIL HEARING/PLEA TO
INFORMATION**

**Initial Appearance/Bail Hearing:**
Initial appearance on Information held.
Defendant's rights, charges and penalties placed on the record.
Defendant pleaded not guilty.
Hearing on bail held.
Ordered bail set at 100,000 Unsecured Bond.
Order setting conditions of release signed.
Ordered defendant released.
**Plea:**
Defendant Sworn.
Defendant retracts not guilty plea and pleads guilty to all Counts on the Information.
Information filed.
Waiver of Indictment filed.
Rule 11 filed.
Plea agreement filed.
Sentencing set for 6/23/2026 at 11:00 a.m.

Time Commenced:  3:20 p.m.
Time Adjourned:    3:50 p.m.
Total time:   30 mins.
Cc: Chambers                                            Carmen D. Soto
                                                        Senior Courtroom Deputy